# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS, INDIANA

| | |
|---|---|
| KAYLIE BARTLES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:21-cv-1887 |
| | ) |
| ADDICTION REHAB CENTERS LLC | ) |
| and | ) |
| DAVID KOLKER | ) |
| Defendants. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendants. In support of her Complaint and as cause of action against the Defendants, Plaintiff respectfully submits the following:

## JURISDICTION

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e and 28 U.S.C. §§ 1331 and 1343 and 1343.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on May 18, 2021.

## PARTIES

3. Plaintiff is a female and at all relevant times she resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

5. Defendant is an individual and at all relevant times resided in the Southern District of Indiana.

## FACTS

6. On February 7, 2019, Plaintiff was hired to work as a part-time group facilitator at Defendant.

7. A month later, Plaintiff was hired on full-time as a therapist.

8. While Plaintiff worked at Defendant, she witnessed her boss and owner, David Kolker ("Kolker"), frequently sexually harass other coworkers and clients at the center.

9. After working there for 7 months, a coworker began saying disparaging things about Plaintiff's gender.

10. Plaintiff reported his behavior and Kolker's inappropriate behavior to the Defendant's HR, but they told her that there was 'nothing they could do'.

11. Kolker then became the interim HR manager for the Defendant.

12. Plaintiff witnessed David Kolker frequently flirt with clients, interns and employees and say inappropriate comments. He would make comments to Plaintiff about how she "only had sex with black guys", comment on her husband's penis size, and would question her about her sex life on a consistent basis.

13. Plaintiff witnessed Kolker kissing and groping clients, and commenting on their physical appearances.

14. Plaintiff also witnessed Kolker kissing on interns' necks and flirting with them. On one occasion, Kolker was flirting with a staff member and had sex with her at the facility.

15.

16. On January 27th, Kolker approached Plaintiff and said he would sign off on Plaintiff's LCSW paperwork and provide her with a severance package if she signed a nondisclosure agreement.

17. Plaintiff refused and was subsequently terminated.

18. Plaintiff was harassed due to her sex.

19. Plaintiff was terminated to her gender.

20. Plaintiff was terminated for engaging in protected activity.

## COUNT I

21. Plaintiff incorporates by reference paragraphs 1-20.

22. Defendants, as a result of harassing Plaintiff due to her sex, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT II

23. Plaintiff incorporates by reference paragraphs 1-20.

24. Defendants, as a result of terminating Plaintiff due to her sex, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

25. Plaintiff incorporates by reference paragraphs 1-20.

26. Defendants, as a result of terminating Plaintiff for engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT IV

27. Plaintiff incorporates by reference paragraphs 1-20.

28. Plaintiff was subject to a hostile work environment in violation of Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff her cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Sarah E. Larimer
Sarah E. Larimer #36230-29
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Sarah E. Larimer
Sarah E. Larimer #36230-29
Attorney for Plaintiff

Sarah E. Larimer #36230-29
Amber Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240

(317) 210-3416